UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WINSTON MCLEOD | No. 2:24-cr-35-NT |

**PROSECUTION VERSION**

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

From about January 14, 2024 through January 20, 2024, in the District of Maine, defendant Winston McLeod and his codefendant ("CD-1") conspired together to burgle post offices in Paris and North Monmouth, and to rob postal carriers in Lewiston.

In about the early morning hours of January 14, 2024, McLeod and CD-1 gained unauthorized entry to the Paris Post Office, located at 39 Tremont Street, by breaking a window. They stole postal equipment to include keys, mail, and a money order printer. Later that day, Postal Inspectors found two Apple iPhones in the snow directly beneath the broken window. Law enforcement was able to initially identify McLeod through a photo of him that graced the lock screen of one of the two iPhones.

In about the early morning hours January 16, 2024, McLeod and CD-1 gained unauthorized entry to the North Monmouth Post Office, located at 140 N Main Street. Entry was again made by breaking a window; McLeod and CD-1 stole mail, a laptop, and a money order printer from the post office.

On about January 20, 2024, McLeod and CD-1, armed with knives and wearing ski masks, robbed two U.S. Postal Service letter carriers just minutes apart in Lewiston. McLeod drove the getaway vehicle, while CD-1 physically threatened the letter carriers.

The first robbery occurred at 20 Davis Street, and the second robbery occurred at 480 Main Street. McLeod and CD-1 sought to obtain arrow keys from the letter carriers during these robberies. Arrow keys can be used to access all U.S. Postal Service blue mailboxes; because domestic mail contains bank account and other sensitive identity information that can be utilized to effectuate identity theft, there is a thriving black market for arrow keys. The first letter carrier, whom McLeod and CD-1 robbed at knifepoint, was not carrying an arrow key that day, but the second letter carrier was. McLeod and CD-1 made off with that second arrow key. The robberies were quickly reported by the letter carriers, and law enforcement later recovered neighborhood surveillance video depicting a white Jeep connected to each of the robberies.

Ultimately McLeod and CD-1 were arrested by law enforcement as the result of a traffic stop. CD-1 had a black butterfly knife on his person. McLeod had a black ski mask. A consensual search of the vehicle yielded a large sum of currency from CD-1's wallet. Several checks were also recovered which were later determined to have been stolen from the Paris Post Office. During this traffic stop, the white Jeep matching the videos from the burglary and robberies, arrived at the scene. CD-1 was searched pursuant to arrest; the stolen postal arrow key, among other items, was recovered.

Postal Inspectors later executed a search warrant at the address where McLeod and CD-1 had been staying. Inspectors recovered money order printers, post office box keys, mail, and other items that had been stolen from the Paris and North Monmouth Post Offices. Subsequently, investigators searched the woods adjacent to the residence

and located a large volume of mail materials from the two burgled post offices.

Dated: July 23, 2024    DARCIE N. MCELWEE
UNITED STATES ATTORNEY

By:    /s/ Noah Falk
Noah Falk
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME  04101
(207) 780-3257
Noah.Falk@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, I electronically filed the foregoing Prosecution Version using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                            DARCIE N. MCELWEE
                                            United States Attorney

By:    */s/ Kate Whalen*
          Paralegal Specialist

On Behalf Of:    Noah Falk
                      Assistant United States Attorney
                      U.S. Attorney's Office
                      100 Middle Street
                      Portland, ME  04101
                      (207) 780-3257
                      Noah.Falk@usdoj.gov